NHonorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOG WALKIN DIVAS LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON FEDERAL, INC. (WAFD), d/b/a WASHINGTON FEDERAL BANK,<br><br>Defendant. | NO. 2:20-cv-01414 RSL MLP<br><br>**STIPULATED MOTION RE: EXTENSION OF BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR:  03/03/2021** |

    This Stipulated Motion and Order is entered for the purpose of correcting Plaintiff's mis-calendaring of the due date for its response brief to Defendant's Motion to Dismiss.  By Stipulated Motion Re: Complaint Amendment and Order dated January 15, 2020 (DKT 22), the Parties agreed that any Motion to Dismiss by Defendant would be filed by February 1, 2021, Plaintiff's responsive pleading would be filed by March 1, 2021 and Defendant's Reply brief would be filed on the note date of March 12, 2021.  Notwithstanding this, Plaintiff mistakenly calendared its response pleading due date consistent with LCR 7 as the Monday before the note date, March 8, 2021.   Plaintiff discovered this error today when the Defense filed a Notice of Non-Opposition (DKT 27).  Upon discovery of this error, Plaintiff's counsel met and conferred with Defense counsel by phone.  The Parties now stipulate and agree to allow the Plaintiff to correct its error in calendaring as follows:

Stip/Order Extending Briefing Schedule - Page 1
Dog Walkin Divas v Washington Federal, Inc.
USDC WDW 2:20-cv-01414

FRIEDMAN | RUBIN®
1109 First Avenue, Suite 501
Seattle, WA 98101-3614
(206) 501-4446

1. Plaintiff shall file its response to Defendant's Motion to Dismiss by Monday, March 8, 2021.

2. Defendant shall file its reply brief supporting its Motion to Dismiss by Friday, March 19, 2021.

DATED March 3, 2021.

FRIEDMAN RUBIN PLLP

By:   *s/Roger S. Davidheiser*
Roger S. Davidheiser, WSBA No. 18638
1109 First Avenue, Suite 501
Seattle, Washington 98101
rdavidheiser@friedmanrubin.com

Taras Kick (Pro Hac Vice)
(tarask@kicklawfirm.com)
Jeffrey Bils (Pro Hac Vice)
(jeff@kicklawfirm.com)
THE KICK LAW FIRM
815 Moraga Drive
Los Angeles, CA 90049

Sophia Gold (admitted pro hac vice)
Jeffrey D. Kaliel (admitted pro hac vice)
KALIEL PLLC
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

Attorneys for Plaintiff

DAVIS WRIGHT TREMAINE LLP

By:   *s/Fred Burnside*

Stip/Order Extending Briefing Schedule - Page 2
Dog Walkin Divas v Washington Federal, Inc.
USDC WDW 2:20-cv-01414

FRIEDMAN | RUBIN®
1109 First Avenue, Suite 501
Seattle, WA 98101-3614
(206) 501-4446

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Fred B. Burnside, WSBA #32491
920 Fifth Ave., Ste. 3300
Seattle, WA  98104-1610
fredburnside@dwt.com

Attorneys for Defendant

Stip/Order Extending Briefing Schedule - Page 3
Dog Walkin Divas v Washington Federal, Inc.
USDC WDW 2:20-cv-01414

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA  98101-3614
(206) 501-4446

# ORDER

Presently before the Court is a Stipulation re Extension of Briefing Dates and Note Date between Plaintiff and Defendant. Good cause appearing, the Court GRANTS the Stipulation as follows:

1. Plaintiff shall file its response to Defendant's Motion to Dismiss by Monday, March 8, 2021.

2. Defendant shall file its reply brief supporting its Motion to Dismiss by Friday, March 19, 2021.

SO ORDERED.

Date: March 3, 2021.

*/s/ M.J. Peterson*

MICHELLE L. PETERSON
United States Magistrate Judge

Stip/Order Extending Briefing Schedule - Page 4
Dog Walkin Divas v Washington Federal, Inc.
USDC WDW 2:20-cv-01414

FRIEDMAN | RUBIN®
1109 First Avenue, Suite 501
Seattle, WA 98101-3614
(206) 501-4446

**CERTIFICATE OF SERVICE**

I certify that on this day, a copy of the foregoing document was served on the following individuals via the manner indicated below:

| | |
|---|---|
| Fred B. Burnside, WSBA #32491<br>Davis Wright Tremaine LLP<br>920 Fifth Ave., Ste. 3300<br>Seattle, WA  98104-1610<br>206.622.3150<br>fredbrunside@dwt.com | [  ]  Hand Delivery<br>[  ]  ABC Legal Messenger<br>[  ]  US Mail, postage prepaid<br>[X]  Email per agreement<br>[X]  USDC's E-Filing Platform |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated March 3, 2021.

*/s/ Trish Bashaw*
Trish Bashaw, Paralegal
***Friedman | Rubin® PLLP***

Stip/Order Extending Briefing Schedule - Page 5
Dog Walkin Divas v Washington Federal, Inc.
USDC WDW 2:20-cv-01414

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA  98101-3614
(206) 501-4446