UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOG WALKIN DIVAS LLC,

    Plaintiff,

v.

WASHINGTON FEDERAL INC,

    Defendant.

Case No. C20-1414-RSL

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, the parties' objections and responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Defendant's motion to dismiss the sole claim for relief asserted in the complaint is GRANTED. Defendant is judicially estopped from seeking to collect the April 2018 unpaid NSF fee in the future.

(3) Plaintiff is GRANTED leave to amend the complaint to add factual allegations regarding NSF fees that she paid and/or to add a Consumer Protection Act claim.

ORDER

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 7th day of July, 2021.

*Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER