UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOG WALKIN DIVAS LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>WASHINGTON FEDERAL INC,<br><br>               Defendant. | Case No. C20-1414-RSL<br><br>ORDER OF DISMISSAL |

After reviewing the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, plaintiff's sole claim for relief was dismissed and it was granted leave to amend the complaint on or before August 31, 2021. Plaintiff was warned that failure to timely file an amended pleading would result in the entry of judgment against it.

No amended complaint has been filed. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

Dated this 2nd day of September, 2021.

*MMT S Casnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL