United States District Court
WESTERN DISTRICT OF WASHINGTON

DOG WALKIN DIVAS LLC,

v.

WASHINGTON FEDERAL INC.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C20-1414RSL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of defendant and against plaintiff.

September 3, 2021                              Ravi Subramanian
                                                               Clerk

                                                               /s/Laura Hobbs
                                                               By, Deputy Clerk